UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1652
(1:20-cv-00662-CMH-JFA)

_____

JOHN C. KIRIAKOU

    Plaintiff - Appellant

v.

JOHN BAMFORD; HEATHER K. KIRIAKOU; NORTHROP GRUMMAN CORPORATION

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK